**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES LLC, ) ) ) Plaintiff, ) ) v. ) ) PORSCHE CARS NORTH AMERICA, INC., ) ) Defendant. ) ) | C.A. No. 13-542-RGA |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Vehicle Operation Technologies LLC ("VOT") and Defendant Porsche Cars North America, Inc. ("Porsche") have resolved all disputes and claims between them relating to this case.

NOW, THEREFORE, it is hereby stipulated and agreed, by and between VOT and Porsche, through their attorneys of record and subject to the approval of the Court, that all claims and counterclaims asserted, or that could be asserted, in this case are dismissed with prejudice, and with all attorneys' fees, costs of court, and expenses to be borne by the party incurring same.

November 13, 2014

| | |
|---|---|
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Stephen B. Brauerman* | */s/ Jason J. Rawnsley* |
| Richard D. Kirk  (No. 0922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (No. 4952) | Jason J. Rawnsley (#5379) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE  19801 | 920 N. King Street |
| (302) 655-5000 | Wilmington, DE  19801 |
| rkirk@bayardlaw.com | (302) 651-7700 |
| sbrauerman@bayardlaw.com | cottrell@rlf.com |
| | rawnsley@rlf.com |
| *ATTORNEYS FOR PLAINTIFF VEHICLE OPERATION TECHNOLOGIES LLC* | *ATTORNEYS FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.* |

IT IS SO ORDERED this ___ day of November, 2014.

                                                                                                                            _____
                                                                                                                            The Honorable Richard G. Andrews
                                                                                                                            United States District Judge