NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**BMW OF NORTH AMERICA LLC,**
*Defendant-Cross Appellant,*

AND

**FORD MOTOR COMPANY,**
*Defendant-Appellee,*

AND

**GENERAL MOTORS LLC,**
*Defendant-Appellee,*

AND

**MITSUBISHI MOTORS NORTH AMERICA, INC.,**
*Defendant-Cross Appellant.*

---

2014-1831, -1832, -1833, -1837, 2015-1003, -1005

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00538-RGA, 1:13-cv-

00539-RGA, 1:13-cv-00540-RGA, and 1:13-cv-00712-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Cross Appellant.*

———————————

2014-1835, 2015-1004

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00541-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**PORSCHE CARS NORTH AMERICA, INC.,**
*Defendant-Appellee.*

———————————

2014-1836

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00542-RGA, Judge Richard G. Andrews.

## ON MOTION

## O R D E R

Vehicle Operation Technologies, LLC ("VOT") and Nissan North America, Inc. move jointly to dismiss Nos. 2014-1835 and 2015-1004.

VOT and Porsche Cars North America, Inc. move jointly to dismiss No. 2014-1836.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to dismiss are granted. 2014-1835, -1836, and 2015-1004 are dismissed.

(2) Each party shall bear its own costs in 2014-1835, -1836, and 2015-1004.

(3) The revised official caption for 2014-1831 et al. is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31

ISSUED AS A MANDATE (for 2014-1835, -1836, and 2015-1004 only): February 19, 2015